```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                     Case No. 17-01000-RNO
Stephanie Michelle Nauss                                                   Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh                Page 1 of 2      Date Rcvd: May 08, 2017
                             Form ID: ntcnfhrg            Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2017.
```
db           +Stephanie Michelle Nauss,    316 Park Terrace,    Harrisburg, PA 17111-1747
4895799      +ARCADIA RECOVERY BUREAU,    PO BOX 6768,    WYOMISSING, PA 19610-0768
4895801      +BELCO COMMUNITY CU (for Notices),    449 EISENHOWER BLVD,    HARRISBURG, PA 17111-2301
4895802       BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,   CAMP HILL, PA 17001-8875
4913271      +Belco Community Credit Union,    449 Eisenhower Blvd,    Harrisburg, PA 17111-2301
4895803      +CB/NY&CO,    PO BOX 182789,    COLUMBUS, OH 43218-2789
4895805      +COMCAST CABLE (BK Notices),    1555 SUZY ST,    LEBANON, PA 17046-8318
4895806      +COML ACCEPT,    PO BOX 3268,    SHIREMANSTOWN, PA 17011-3268
4895808       COMPUTER CREDIT INC,    CLAIM DEPT 006301,    470 W HANES MILL ROAD,    PO BOX 5238,
               WINSTON-SALEM, NC 27113-5238
4895810      +DSNB MACYS,    BK NOTICES,    PO BOX 8053,    MASON, OH 45040-8053
4895811      +HOLY SPIRIT HOSPITAL,    503 N 21ST STREET,    CAMP HILL, PA 17011-2288
4895812      +HUD,    NATIONAL SERVICING CENTER,    301 NW SIXTH ST, STE 200,    OKLAHOMA CITY, OK 73102-2811
4895813      +HUD/FHA,    NATIONAL SERVICING CENTER,    301 NW SIXTH ST, STE 200,
               OKLAHOMA CITY, OK 73102-2811
4895816      +KEVIN KEITH NAUSS,    316 PARK TERRACE,    HARRISBURG, PA 17111-1747
4895817      +NATIONAL RECOVERY AGENCY,    PO BOX 67015,    HARRISBURG PA 17106-7015
4895818     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE,    350 HIGHLAND DRIVE,    LEWISVILLE, TX 75067)
4895820      +PENN CREDIT CORP,    916 S 14TH STREET,    HARRISBURG, PA 17104-3425
4895823       PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
4896073      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4895825      +SHAPIRO & DENARDO, LLC,    3600 HORIZON DRIVE, STE 150,    KING OF PRUSSIA, PA 19406-4702
4895826      +STATE COLLS,    2509 S STOUGHTON ROAD,    MADISON, WI 53716-3314
4895828      +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
               651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4895829      +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
               HARRISBURG, PA 17121-0751
4900482      +US Dept of Housing,    and Urban Development,    451 7th Street SW,    Washington DC 20410-0002
4895830       VERIZON BANKRUPTCY DEPT,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4895800      +E-mail/Text: g20956@att.com May 08 2017 19:27:06      AT&T MOBILITY,
               15901 E SKELLY DRIVE (PHILA),    TULSA, OK 74116-2809
4895804      +E-mail/Text: dehartstaff@pamd13trustee.com May 08 2017 19:27:05      CHARLES J DEHART, III, ESQ.,
               8125 ADAMS DRIVE STE A,    HUMMELSTOWN, PA 17036-8625
4895807       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 08 2017 19:26:51      COMM OF PA DEPT OF REVENUE,
               BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4895809      +E-mail/Text: csd1clientservices@cboflanc.com May 08 2017 19:27:06
               CREDIT BUREAU OF LANCASTER COUNTY,    PO BOX 1271,    LANCASTER, PA 17608-1271
4895814       E-mail/Text: cio.bncmail@irs.gov May 08 2017 19:26:43      INTERNAL REVENUE SERVICE - CIO,
               PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4895819      +E-mail/PDF: pa_dc_claims@navient.com May 08 2017 19:16:34      NAVIENT,    PO BOX 9500,
               WILKES BARRE, PA 18773-9500
4906274       E-mail/PDF: pa_dc_litigation@navient.com May 08 2017 19:16:35
               Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
               Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
4895821      +E-mail/Text: schesek@pinnaclehealth.org May 08 2017 19:26:48      PINNACLE HEALTH HOSPITALS,
               PO BOX 2353,    HARRISBURG, PA 17105-2353
4895822       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2017 19:22:07
               PORTFOLIO RECOVERY ASSOCIATES LLC,    120 CORPORATE BLVD,    NORFOLK, VA 23502
4895824      +E-mail/Text: bankruptcynotices@psecu.com May 08 2017 19:27:09      PSECU,    PO BOX 67013,
               HARRISBURG, PA 17106-7013
4896848       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 08 2017 19:26:52
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
4895827      +E-mail/PDF: gecsedi@recoverycorp.com May 08 2017 19:16:46      SYNCB/WALMART,    PO BOX 965024,
               ORLANDO, FL 32896-5024
4895831      +E-mail/Text: bankruptcynotice@westlakefinancial.com May 08 2017 19:26:53      WESTLAKE FINANCIAL,
               4751 WILSHIRE BLVD,    LOS ANGELES, CA 90010-3827
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4895815*      IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor Stephanie Michelle Nauss DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor Stephanie Michelle Nauss karagendronecf@gmail.com,
           doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Stephanie Michelle Nauss  
fka Stephanie Michelle Thomas  
Debtor(s)

Chapter 13

Case No. 1:17−bk−01000−RNO

# Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 7, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 28, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: MMchugh |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 8, 2017 |