IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STEPHANIE MICHELLE NAUSS | : | |
| fka Stephanie Michelle Thomas | : | CASE NO. 1:17-bk-01000 |
| | : | |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| Movant | : | |
| | : | |
| STEPHANIE MICHELLE NAUSS | : | |
| fka Stephanie Michelle Thomas | : | |
| Respondent(s) | : | |

## ANSWER TO MOTION TO DISMISS

1. Admitted.

2. Admitted.

3. The Debtor was undecided as to various options; however, she has now decided and filed the amended plan on 9/21/17.

4. Denied. See response to paragraph 3.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion to dismiss filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendron@gmail.com