## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    STEPHANIE MICHELLE NAUSS                    Case No.: 1-17-01000-HWV
                                                                           Chapter 13

    Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                    **MORTGAGE INFORMATION**
Creditor Name:                      NATIONSTAR MORTGAGE
Court Claim Number:              07
Last Four of Loan Number:       316 Park Terrace - PRE-ARREARS - 0207
Property Address if applicable:    316 PARK TERRACE, , HARRISBURG, PA17111

**PART 2:**                    **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.   Allowed prepetition arrearages:                                  $8,954.42
b.   Prepetition arrearages paid by the Trustee:                  $8,954.42
c.   Amount of postpetition fees, expenses, and charges recoverable
     Under Bankruptcy Rule 3002.1(c):                                  $0.00
d.   Amount of postpetition fees, expenses, and charges recoverable
     Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:       $0.00
e.   Allowed postpetition arrearage:                                      $0.00
f.   Postpetition arrearages paid by the Trustee:                     $0.00
g.   Total b, d, f:                                                               $8,954.42

**PART 3:**                    **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                    **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 12, 2020            Respectfully submitted,

           s/ Charles J. DeHart, III, Trustee
           Standing Chapter 13 Trustee
           Suite A, 8125 Adams Drive
           Hummelstown, PA 17036
           Phone: (717) 566-6097
           Fax: (717) 566-8313
           eMail: dehartstaff@pamd13trustee.com

Creditor Name:  NATIONSTAR MORTGAGE
Court Claim Number:  07

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1177453 | 12/05/2017 | $122.25 | $0.00 | $122.25 |
| 5200 | 1178868 | 01/11/2018 | $494.22 | $0.00 | $494.22 |
| 5200 | 1180256 | 02/08/2018 | $494.21 | $0.00 | $494.21 |
| 5200 | 1181615 | 03/08/2018 | $494.22 | $0.00 | $494.22 |
| 5200 | 1182981 | 04/03/2018 | $494.22 | $0.00 | $494.22 |
| 5200 | 1186083 | 05/15/2018 | $494.22 | $0.00 | $494.22 |
| 5200 | 1187397 | 06/07/2018 | $494.22 | $0.00 | $494.22 |
| 5200 | 1190154 | 08/09/2018 | $988.44 | $0.00 | $988.44 |
| 5200 | 1192801 | 10/10/2018 | $986.31 | $0.00 | $986.31 |
| 5200 | 1194160 | 11/08/2018 | $492.11 | $0.00 | $492.11 |
| 5200 | 1195557 | 12/13/2018 | $492.11 | $0.00 | $492.11 |
| 5200 | 1196933 | 01/10/2019 | $492.10 | $0.00 | $492.10 |
| 5200 | 1199327 | 03/12/2019 | $492.10 | $0.00 | $492.10 |
| 5200 | 1200682 | 04/11/2019 | $492.11 | $0.00 | $492.11 |
| 5200 | 1202023 | 05/09/2019 | $1,431.58 | $0.00 | $1431.58 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

STEPHANIE MICHELLE NAUSS  Case No.: 1-17-01000-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 12, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DOROTHY L MOTT LAW OFFICE, LLC<br>D/B/A MOTT & GENDRON LAW<br>125 STATE STREET<br>HARRISBURG PA, 17101- | SERVED ELECTRONICALLY |
| NATIONSTAR MORTGAGE, LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 619096<br>DALLAS, TX, 75261-9741 | SERVED BY 1ST CLASS MAIL |
| STEPHANIE MICHELLE NAUSS<br>316 PARK TERRACE<br>HARRISBURG, PA 17111 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 12, 2020

s/  Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com