Certificate Number: 13858-PAM-DE-034609100

Bankruptcy Case Number: 17-01000


13858-PAM-DE-034609100

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on June 28, 2020, at 9:43 o'clock PM EDT, Stephanie M Nauss completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 28, 2020

By: /s/Victor Reyes

Name: Victor Reyes

Title: Counselor